**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Willie J. Adams, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-002165

———————————

**ON WRIT OF CERTIORARI**

———————————

Appeal from Fairfield County
W. Jeffrey Young, Post-Conviction Relief Judge

———————————

Memorandum Opinion No. 2016-MO-028
Submitted September 15, 2016 – Filed October 12, 2016

———————————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————————

Kathrine H. Hudgins, of Columbia, for Petitioner.

Attorney General Alan Wilson and Senior Assistant Deputy Attorney General Johanna C. Valenzuela, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  We granted a writ of certiorari to review the post-conviction relief (PCR) court's dismissal of Petitioner Willie J. Adams's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**